THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jerry Lee Lail,       
Appellant.
 
 
 

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-022
Submitted November 19, 2003  Filed 
 January 15, 2004

AFFIRMED

 
 
 
Jeffrey Falkner Wilkes, of Greenville, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 and Assistant Attorney General David Spencer, all of Columbia; and Solicitor 
 Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Jerry Lee Lail appeals 
 his conviction and sentence for driving under the influence of prescription 
 painkillers.  
We affirm pursuant to Rule 220(b)(2), 
 SCACR, and the following authorities: [1]  State v. Parler, 217 S.C. 24, 59 S.E.2d 
 489 (1950) (holding under circuit court Rule 76, a defendant who fails to renew 
 a directed verdict motion after presenting evidence during his case has not 
 preserved the denial for review by the appellate court); see also 
 Rule 19 note, SCRCrimP (stating the rule is substantially the substance of 
 Circuit Court Rule 76); 15 S.C. Juris. Appeal & Error § 80 (1992) 
 (If a defendant presents evidence after the denial of his directed verdict 
 motion at the close of the plaintiffs case, he must make a directed verdict 
 motion at the close of all the evidence to appeal the sufficiency of the evidence.). 

AFFIRMED.
STILWELL, HUFF, and BEATTY, JJ., 
 concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.